[No. 37193-6-II.   Division Two.   April 21, 2009.]

*In the Matter of the Guardianship of* LESA RENFRO.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-4-00729-9, Craddock D. Verser, J. Pro Tem., entered December 11, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 37577-0-II.   Division Two.   April 21, 2009.]

VANCOUVER RADIOLOGISTS, PC, *Appellant*, v. THE VANCOUVER CLINIC, INC., PS, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-04065-5, Roger A. Bennett, J., entered April 1, 2008. *Dismissed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 37586-9-II.   Division Two.   April 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PAUL VANDAMENT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-00867-5, Leonard W. Costello, J., entered March 12, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 37757-8-II.   Division Two.   April 21, 2009.]

STEFFANIE CHAU, *Appellant*, v. THE ATTORNEY GENERAL OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-02566-6, Richard D. Hicks, J., entered April 25, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Penoyar, J.